MORRIS LAW GROUP
Robert McCoy, No. 9121
Email: rrm@morrislawgroup.com
Joni A. Jamison, No. 11614
Email: jaj@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

Attorneys for Defendant
DePuy Orthopaedics, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| WILLIAM MARTIN, | ) | Case No. 2:14-cv-01060-RCJ-CWH |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION TO EXTEND DEADLINE TO FILE AFFIDAVIT OF EXPENSES** |
| DEPUY ORTHOPAEDICS, INC; DEPUY INC.; DEPUY INTERNATIONAL LIMITED; JOHNSON & JOHNSON MEDICAL LIMITED; JOHNSON & JOHNSON MANAGEMENT LIMITED; JOHNSON & JOHNSON INTERNATIONAL, JOHNSON & JOHNSON; PRECISION INSTRUMENTS, INC., | ) | **(FIRST REQUEST)** |
| Defendants. | ) | |

The parties stipulate to extend the deadline for defendant DePuy Orthopaedics, Inc. ("DePuy") to file its affidavit of expenses, as ordered by the Court on May 14, 2015 (#26), from June 8, 2015 to June 15, 2015. The parties jointly seek this stipulation to permit additional time to negotiate a potential dismissal of this case which would obviate the need for any further

proceedings in this case, including proceedings on this fee application or any further proceedings on the Court's order compelling discovery (#26).

The parties submit these reasons constitute good cause for a modest extension of these deadlines.

| LAW OFFICES OF<br>MICHAEL A. HAGEMEYER | MORRIS LAW GROUP |
|---|---|
| By /s/Michael A. Hagemeyer<br>   Michael A. Hagemeyer, No. 5344<br>   6351 Hinson Street, Suite F<br>   Las Vegas, Nevada  89118 | By  /s/Joni Jamison<br>   Robert McCoy, No. 9121<br>   Joni Jamison, No. 11614<br>   900 Bank of America Plaza<br>   300 South Fourth Street<br>   Las Vegas, Nevada  89101 |
| Attorneys for Plaintiff | Attorneys for Defendant<br>DePuy Orthopaedics, Inc. |

ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 9, 2015

2