MORRIS LAW GROUP
Robert McCoy, No. 9121
Email:  rrm@morrislawgroup.com
Joni A. Jamison, No. 11614
Email:  jaj@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada  89101
Telephone:  (702) 474-9400
Facsimile:  (702) 474-9422

Attorneys for Defendant
DePuy Orthopaedics, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

WILLIAM MARTIN,

          Plaintiff,

      vs.

DEPUY ORTHOPAEDICS, INC;
DEPUY INC.; DEPUY
INTERNATIONAL LIMITED;
JOHNSON & JOHNSON
MEDICAL LIMITED; JOHNSON
& JOHNSON MANAGEMENT
LIMITED; JOHNSON &
JOHNSON INTERNATIONAL,
JOHNSON & JOHNSON;
PRECISION INSTRUMENTS,
INC.,

         Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:14-cv-01060-RCJ-CWH

**STIPULATION AND ORDER TO
DISMISS WITH PREJUDICE**

MORRIS LAW GROUP
900 BANK OF AMERICA PLAZA · 300 SOUTH FOURTH STREET · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

1          Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the parties stipulate that

2    plaintiff William Martin will dismiss all claims asserted against all

3    defendants with prejudice.  All parties are to bear their own fees and costs.

4    LAW OFFICES OF              MORRIS LAW GROUP
     MICHAEL A. HAGEMEYER

6    By  /s/ Michael A. Hagemeyer    By   /s/Joni Jamison
7        Michael A. Hagemeyer, No. 5344    Robert McCoy, No. 9121
         6351 Hinson Street, Suite F    Joni Jamison, No. 11614
8        Las Vegas, Nevada  89118    900 Bank of America Plaza
         300 South Fourth Street
9    Attorneys for Plaintiff    Las Vegas, Nevada  89101

11       Attorneys for Defendant
     DePuy Orthopaedics, Inc.

**ORDER**

14       IT IS SO ORDERED.

16   _____
     UNITED STATES DISTRICT JUDGE

17   DATED: ___June 30, 2015_____

MORRIS LAW GROUP
900 BANK OF AMERICA PLAZA · 300 SOUTH FOURTH STREET · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422